# FEBRUARY 18, 1942

## C. L. BRIGGS V. THE STATE.

No. 21936. Delivered February 18, 1942.

The opinion states the case.

*E. L. Hartwell*, of Greenville, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a fine of $100.00 in the County Court of Hunt County on a charge of possessing intoxicating liquor in a container without tax stamp being attached.

There are no bills of exception in the record and the procedure appears to be regular. The evidence is sufficient upon which the jury was authorized to return the verdict.

There being nothing for our consideration, the judgment of the trial court is affirmed.